UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KD ENTERTAINMENT LLC<br><br>        Plaintiff,<br><br>  v.<br><br>STEEM MONSTERS CORP.<br><br>        Defendant. | **Rule 7.1 Statement**<br><br>ECF CASE<br><br>Case No. 23-cv-2569 |

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Steem Monsters, Inc., a non-governmental corporate party, certifies as follows:

    1.  There are no corporate affiliates, subsidiaries, parent corporations, or any publicly held corporations that own 10% or more of the stock of the Defendant.

    2.  Defendant Steem Monsters Corp. is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania. Defendant's primary place of business is located in Pennsylvania. Defendant is thus a citizen of the Commonwealth of Pennsylvania for purposes of diversity of under 28 U.S.C. § 1332(a).

Dated: April 3, 2023

                     BULL BLOCKCHAIN LAW LLP
                     *Counsel for Defendant*

                     By: /s/James M. Wines
                     James M. Wines, Of Counsel
                     SDNY Bar No. JW5859
                     21 S 11th Street, Floor 2
                     Philadelphia, PA 19107
                     Telephone: 267-614-4627
                     Email: james@bullblockchainlaw.com